PAUL DICKEY, Appellant, *v.* CHRISTOPHER A. GORTNER, Respondent.

(Submitted April 29, 1918; decided May 7, 1918.)

Motion for re-argument denied.   (See 223 N. Y. 531.)